UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JESSIE C. BUHR,<br><br>                Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | Case No. CV-18-025-BU-JCL<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X **     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that the ALJ's decision is based on substantial evidence and free of prejudicial legal error. The Commissioner's decision is affirmed.

      Dated this 21st day of March, 2019.

                                TYLER P. GILMAN, CLERK

                                By: /s/ Annie Puhrmann
                                Annie Puhrmann, Deputy Clerk